## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

IN RE:

**JAVIER QUIÑONES OLMO,**
**LYMARIS LABOY NIEVES,**
 Debtors.

CASE NO.: 11-05660(BKT)

CHAPTER: 13

## STATEMENT OF PURPOSE AS TO AMENDED CHAPTER 13 PLAN DATED JANUARY 2, 2012; NOTICE OF TIME TO FILE OBJECTIONS TO THE PROPOSED PLAN; AND CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT:**

Now comes Debtors, **JAVIER ANTONIO QUIÑONES OLMO and LYMARIS LABOY NIEVES**, and through his undersigned counsels respectfully states and prays as follows:

1. Debtor filed the instant petition for relief under the provisions of Chapter 13 of the Bankruptcy Code, 11 U.S.C. §1301 et. seq. on .

2. With this motion debtor proposes the amended plan dated January 2, 2012 to provide for payment of the insurance premium of the motor vehicles.

3. The base of the plan an all other provisions of the plan remain the same.

In San Juan, Puerto Rico, this 27th day of December, 2011.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY:** That a true and exact copy of the Amended Chapter 13 Plan dated January 2, 2012 and of this Statement and Notice has been notified by the Bankruptcy Court's electronic filing system to the Chapter 13 Trustee and all other participants registered and by regular mail to all other participants as per the attached master address list.

### NOTICE

Parties shall take notice that a hearing on confirmation of the proposed plan will be held on January 13, 2011. Any objection to the proposed amended plan dated January 2, 2012 shall be filed in writing five days before said date.

**WHEREFORE, DEBTOR** respectfully requests from this Honorable Court to take notice of the proposed amended plan.

In San Juan, Puerto Rico this 2nd day of January, 2012.

RESPECTFULLY SUBMITTED.

/s/**EVA MARGARITA CORTES VÁZQUEZ (208009)**
**CORTES LAW OFFICES, PSC**
Attorneys for Debtors
PO Box 1486, Trujillo Alto, Puerto Rico 00977-1486
Tel.:787-200-9814 /Fax:787-200-9239

**United States Bankruptcy Court**
**District of Puerto Rico**

**IN RE:**　　　　　　　　　　　　　　　　　　　　　Case No. 11-05660-BKT

**QUINONES OLMO, JAVIER ANTONIO & LABOY NIEVES, LYMARIS**　　　Chapter **13**
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

---

PLAN DATED: **01/02/2012**　　　　　　　　☐ AMENDED PLAN DATED: _____
☑ PRE ☐ POST-CONFIRMATION　　　　　　Filed by: ☑ Debtor ☐ Trustee ☐ Other

| I. PAYMENT PLAN SCHEDULE | II. DISBURSEMENT SCHEDULE |
|---|---|

**I. PAYMENT PLAN SCHEDULE**

$ _____450.00_ x _12_ = $ _____5,400.00_
$ _____985.00_ x _48_ = $ ____47,280.00_
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

　　　　　　TOTAL: $ ____52,680.00_

Additional Payments:
$ _____ to be paid as a LUMP SUM
within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

　　　PROPOSED BASE: $ ____52,680.00_

**III. ATTORNEY'S FEES**
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee
Disclosure Statement: $ ____2,750.00_
and the insurance premiums.

Signed: **/s/ JAVIER ANTONIO QUINONES OLMO**
　　　Debtor

　　　**/s/ LYMARIS LABOY NIEVES**
　　　Joint Debtor

**II. DISBURSEMENT SCHEDULE**

A. ADEQUATE PROTECTION PAYMENTS see below.
B. SECURED CLAIMS: **See classes and payment order in other provisions.**
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **BPPR**　Cl#9　Cr. _____　Cr. _____
# **07-101-001-1801183**　# _____　# _____
$ **$3,966.95**　$ _____　$ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **Reliable Financial**　Cr. **First Bank** Cl#4　Cr. **Cond Valencia**
# **076618081**　# **00738671362030**　# **402**
$ 3,966.95　Cl#5　$ 3,140.03　$ 324.78

Cr. **Bco. Desarr Econom**　Cr. _____　Cr. _____
# **1010028262**　# _____　# _____
$ **31,099.07**　Cl#7　$ _____　$ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
**BPPR and Cond Valencia**

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☑ Classifies ☐ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☑ Other: **Long term debt**
　　　　　　☐ Paid 100% / ☑ Other: **To be paid directly by Debtors**
Cr. **US Dept Education**　Cr. _____　Cr. _____
# **xxxxx29441**　# _____　# _____
$ **6,271.16**　Cl#10　$ _____　$ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
Attorney fees will be paid prior to any other creditor.
FIRST CLASS OF SECURED CREDITORS: collateral is a motor vehicle - Reliable Financial and First Bank - Creditors in this class will be paid second in order, after attorney fees are paid. Said creditors will be paid in equal monthly payment of 50% of each payment to the Trustee after deducting his commission and the insurance premium that will be provided to the collateral. Creditors in this class will receive adequate protection payments of $100.00 each until plan confirmation.
***See continuation sheet, that is made part of this Chapter 13 Plan.***

---

Attorney for Debtor **Cortes Law Office, PSC**　　　　　Phone: **(787) 283-1839**

CHAPTER 13 PAYMENT PLAN

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

*OTHER PROVISIONS:*

**SECOND CLASS OF SECURED CREDITORS** - BPPR holder of first mortgage over Debtor's real estate property and Condominio Valencia Plaza 307, maintenance fees of Debtor's real estate property. Arrears to creditors in this class will be paid through the Trustee in third order. Debtors will continue paying current installments directly to these creditors.

**THIRD CLASS OF SECURED CREDITORS** - Banco de Desarrollo Económico Para Puerto Rico - holder of second mortgage over Debtor's real estate property that secured a commercial loan of LCJA, Corp. This creditor will be paid the total amount of its claim #7-1 for $31,099.07. After said amount is paid in full to third class creditor, the creditor will endorse and tender the mortgage note and pledge to Debtors for its cancellation and the property will be free of said creditor's lien.

Debtor surrenders any shares or savings that may serve as collateral to any financial institution not included in any other class of secured creditor.

Debtors will pay to the Trustee all the tax refunds they receive during the life of the plan, unless otherwise ordered by the Court. The base of the plan shall be deemed increased by the amount of the tax refund. Any insufficiency in the base of the will be covered by: the tax refunds.

QUINONES OLMO, JAVIER ANTONIO
COND VALENCIA PLAZA APT 402
SAN JUAN, PR 00923

Colon Atienza Legal & Repossession Serv
PO Box 21382
Sam Juan, PR 00928

Reliable Financial Services
PO Box 21382
San Juan, PR 00928

LABOY NIEVES, LYMARIS
COND VALENCIA PLAZA APT 402
SAN JUAN, PR 00923

Condominio Valencia Plaza 307
Calle Almeria Box Administracion
San Juan, PR 00923-1551

Security Credit Services LLC / Orig GECC
FMA Alliance LTD
12339 Culten Road
Houston, TX 77066

Cortes Law Office, PSC
PO Box 1486
Trujillo Alto, PR 00976

Dept Of Labor And Human Resourses Of
PR
PO Box 191020
San Juan, PR 00919-1020

Treasury Department (Depto. Hacienda)
Bankruptcy Section Suite 1504
235 Ave. Arterial Hostos
San Juan, PR 00918-1454

Aileen Ortega Pol
Calle Tauro #791, Venus Gardens
San Juan, PR 00926

First Bank
Auto Division
PO Box 13817
San Juan, PR 00908-3817

US Department Of Education
PO Box 530260
Atlanta, GA 30353-0260

Banco De Desarrollo Economico De PR
PO Box 2134
San Juan, PR 00922-2134

FMA Alliance LTD
PO Box 2409
Houston, TX 77252-2409

Banco Popular De Puerto Rico
Mortgage Servicing
PO Box 362708
San Juan, PR 00936-2708

Fourth Floor Management Corp
268 Ponce De Leon Ave. Suite 402
Hato Rey, PR 00918

Banco Popular De Puerto Rico
Consumer Credit Services Division
PO Box 71375
San Juan, PR 00936-7077

Fourth Floor Management Corp
180 South Broadway
White Plains, NY 10605

Caribe Medical Ambulance
Ave Paz Granela #1351Esq. Antonio Arroyo
San Juan, PR 00921

HCOA Quisqueya, LLC
HCOA Fitness
Calle Quisquella #12, Barrio Hato Rey
San Juan, PR 00917

CICA Collection Agency
PO Box 12338
Sam Juan, PR 00923

Internal Revenue Service
Philadelphia, PA 19154

Claro / Puerto Rico Telephone Company
PO Box 71535
San Juan, PR 00936-8635

Municipio De San Juan
PO Box 70179
San Juan, PR 00936-8179